IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : CRIMINAL ACTION |
| v. | : |
| | : NO. 10-182-2 |
| JONATHAN GANZ | : |
| | : |
| | : |

## ORDER OF RESTITUTION

AND NOW, this 9th day of February, 2015, this matter having come before the Court for sentencing in the above-captioned case, and the Court having considered the arguments presented by the Government and the Defendant with respect to the imposition of restitution, the Court finds the following:[1]

1. The Defendant is responsible for losses sustained to victims in the amount of $170,538.82.

2. The provisions of the Mandatory Victims Restitution Act, 18 U.S.C. § 3663A *et seq.* are applicable to this case.

3. The restitution imposed herein has been caused by conduct for which the Defendant has been convicted.

Therefore, **IT IS HEREBY ORDERED** as follows:

The Defendant shall pay restitution in the total amount of $170,538.82 under the provisions of the Mandatory Victims Restitution Act with respect to the count of the conviction.

1. The Defendant shall pay restitution to Chase Bank USA, N.A. on account of the mortgage obtained in the name of Judy Brewer, $33,500.00 (Account No. XXXXX).

---
[1] This Order accompanies the Court's Memorandum Opinion dated February 9, 2015.

1

2. The Defendant shall pay restitution to Wells Fargo Bank on account of the mortgage obtained in the name of Joyce Palmer, $22,400 (Account No. XXXXXX).

3. The Defendant shall pay restitution to Wells Fargo Bank on account of the mortgage obtained in the name of Alicia Howe-Bennet, $34,508.31 (Account No. XXX-XXXXX5597).

4. The Defendant shall pay restitution to Wells Fargo Bank on account of the mortgage obtained in the name of William Johnson, $42,537.65 (Account No. XXX-XXXXX1212).

5. The Defendant shall pay restitution to Wells Fargo Bank on account of the mortgage obtained in the name of Carolyn Daniels, $37,592.86 (Account No. XXX-XXXXX9966).

6. The Defendant is also liable for the payment of restitution in the following amounts to Alicia Howe-Bennet ($38,562.69), William Johnson ($55,259.55), and Carolyn Daniels ($34,799.14). The Clerk of Court shall credit restitution owed to Alicia Howe-Bennett, William Johnson, and Carolyn Daniels on a *pro rata* basis for any amounts paid in restitution on their respective mortgages with Wells Fargo.

7. The Defendant's restitution obligation in connection with the Judy Brewer and Joyce Palmer mortgages is to be joint and several with the restitution previously ordered for co-defendant Calvin Harris under Criminal No. 10-182-02.

8. The Clerk of Court shall first disburse restitution to Chase Bank USA, N.A. and Wells Fargo Bank:

> Chase Bank USA, N.A.
> 1111 Polaris Parkway
> Floor 2L
> Columbus, OH 43240
> ATTN: Cheryl Simperman
>
> Wells Fargo Bank
> Corporate Fraud Investigations
> 101 N. Independence Mall East
> Philadelphia, PA 19128

9. After considering the financial resources of the Defendant, other assets owned by the Defendant, the Defendant's projected earnings and other sources of income, and financial obligations of the Defendant, in accordance with 18 U.S.C. § 3664(f)(2), the Defendant is to commence making payments for restitution immediately.

10. The Defendant shall pay restitution in the minimum amount of $ _50.00_ per month.

11. This restitution order is incorporated in full as part of the criminal judgment entered in this case.

**BY THE COURT:**

_____
**Hon. Petrese B. Tucker, U.S.C.J.**